IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                    CRIMINAL NO. 3:23CR55-DCB-LGI

SHECHEM JEMIAH TOWNSEND

### **ORDER**

This cause having come on for consideration on the joint request of the defendant, Shechem Jemiah Townsend, and the government to stay proceedings in this case to allow Defendant to fully complete his obligations under the Pretrial Diversion Program; that the defendant has expressly acknowledged approval of the delay of trial and requested waiver of the provisions of the Speedy Trial Act; and that the request was made pursuant to Title 18, United States Code, Section 3161(h)(2), wherein any period of delay during the prosecution is deferred by the attorney for the government pursuant to a written agreement with the defendant, with the approval of the Court, may be permitted for the purpose of allowing the defendant to demonstrate her good conduct.

THERFORE, the Court is of the opinion and so finds that parties' joint request for a stay of this matter and defendant's request for waiver to time limitations under the Speedy Trial Act should be granted; that the ends of justice served by granting a stay herein outweigh the best interest of the public and the defendant in a speedy trial and the failure to grant the stay would result in a miscarriage of justice.

IT IS THEREFORE ORDERED AND ADJUDGED that the request to stay this matter and the defendant's request to waive the provisions of the Speedy Trial Act be and hereby are granted until further order of this Court.

IT IS FURTHER ORDERED AND ADJUDGED that matter is be stayed for a period of eighteen (18) months or until the defendant has successfully completed the Pretrial Diversion Program.

SO ORDERED, this the __8th__ day of __August__, 2024.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

/s/ *J. Matthew Eichelberger*
Attorney for the Defendant

/s/ *Kimberly T. Purdie*
Assistant U.S. Attorney